IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **GRINNELL MUTUAL** | ) | |
| **REINSURANCE COMPANY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No.  **09-961-DRH-CJP** |
| | ) | |
| **JAMES FERANDO, KEVIN McCOY,** | ) | |
| **and CHAD McCOY,** | ) | |
| | ) | |
| Defendants. | ) | |

<u>**ORDER**</u>

**PROUD, Magistrate Judge:**

Before the Court are Plaintiff's Motion to Compel Against Defendant James Ferando

**(Doc. 32)** and Plaintiff's Motion to Compel Against Defendants Chad and Kevin McCoy **(Doc.**

**33).**

Defendant Ferando has not responded to the motion, and the time for doing so has

expired.  The Court deems the failure to respond to be an admission of the merits of the motion.

SDIL-LR 7.1.

Defendants Chad McCoy and Kevin McCoy filed a response to **Doc. 33** at **Doc. 38**.[1]

They represent that they mailed their responses to plaintiff's interrogatories and requests for

production on July 23, 2010, rendering the motion to compel moot.

For good cause shown, Plaintiff's Motion to Compel Against Defendant James Ferando

---

[1]The response was incorrectly docketed as a "notice" and was not linked to the motion.
All counsel should review the rules for electronic filing, which are available on the district's
website, ilsd.uscourts.gov.

1

(**Doc. 32**) is **GRANTED**.  Defendant Ferando shall fully respond to plaintiff's discovery requests by August 23, 2010.

Plaintiff's Motion to Compel Against Defendants Chad and Kevin McCoy (**Doc. 33**) is **DENIED as moot**.

Plaintiff's Motion for Oral Argument, incorrectly docketed as a "notice" at **Doc. 39**, is also **DENIED as moot**.

**IT IS SO ORDERED.**

**DATE:  August 17, 2010.**

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**

2