IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GRINNELL MUTUAL REINSURANCE COMPANY,

Plaintiff,

v.

JAMES FERANDO, ET AL.,

Defendants.                                                  No. 9-cv-00961-DRH-SCW

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

Pending now before this Court is plaintiff's motion to dismiss (Doc. 78) seeking dismissal of the action with prejudice. This Court acknowledges plaintiff's notice and **DISMISSES** the complaint with prejudice and without costs taxed to either party. Further, the Court directs the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 10th day of May, 2013.

Digitally signed by
David R. Herndon
Date: 2013.05.10
08:53:35 -05'00'

**Chief Judge**
**United States District Court**