UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**GRINNELL MUTUAL REINSURANCE COMPANY**,

    Plaintiff,

v.

**JAMES FERANDO, KEVIN MCCOY
and CHAD MCCOY,**

    Defendants.                      No. 09-cv-961-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting the Motion to Dismiss entered on May 10, 2013, this case is **DISMISSED** with prejudice.

                                    NANCY J. ROSENSTENGEL,
                                    CLERK OF COURT

                                BY:     /s/*Sara Jennings*
                                                Deputy Clerk

Dated:  May 14, 2013

David R. Herndon
2013.05.14
13:33:29 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT